JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BENJAMIN P. TOLKOFF (NYB 4294443)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:     (415) 436-7296
   Facsimile:      (415) 436-7234
   Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CANDELARIO CANO-GOMEZ,<br><br>    Defendant. | No. CR 10-0052 MHP<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |

      On February 8, 2010, the parties in this case appeared before the Court for an initial appearance.  The parties requested, and the Court agreed, to set the matter for status and possible motions briefing dates on March 1, 2010. The parties requested and the Court ordered that the time be excluded under the speedy trial act, 18 U.S.C. § 3161(h)(7)(B)(iv), for effective preparation of counsel.

      On March 1, 2010, the parties appeared before the Court for status and set the following

1  dates for motions briefing: defendant's motion due on March 15, 2010, government's response
2  due on March 29, 2010, and motions hearing on April 12, 2010.  The parties requested and the
3  Court ordered time excluded until March 15, 2010, for effective preparation of counsel, pursuant
4  to 18 U.S.C. § 3161(h)(7)(B)(iv).

5       The parties also agreed that the ends of justice served by granting such a continuance
6  outweighed the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §
7  3161(h)(7)(A).
8  SO STIPULATED:

          JOSEPH P. RUSSONIELLO
          United States Attorney

12  DATED: March 1, 2010          /s/
          BENJAMIN P. TOLKOFF
13           Assistant United States Attorney

15  DATED: March 1, 2010          /s/
          DANIEL BLANK
16           Attorney for CANDELARIO CANO-GOMEZ

17       For the reasons stated above, the Court finds that the time between February 8, 2010, and
18  March 15, 2010, is warranted and that the ends of justice served by the continuance outweigh the
19  best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161 (h)(7)(A); FRCP
20  5.1(d).  The failure to grant the requested continuance would deny the defendant effective
21  preparation of counsel, and would result in a miscarriage of justice.  18 U.S.C. §§
22  3161(h)(7)(B)(iv).

24  SO ORDERED.

26  DATED: 3/3/2010

HONORABLE MARILYN H. PATEL
United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]