1 BARRY J. PORTMAN
Federal Public Defender
2 DANIEL P. BLANK
Assistant Federal Public Defender
3 450 Golden Gate Avenue
San Francisco, CA 94102
4 Telephone: (415) 436-7700

5 Counsel for Defendant CANO-GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0052 MHP |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING |
| CANDELARIO CANO-GOMEZ, | |
| Defendant. | Honorable Marilyn Hall Patel |

1   Sentencing for Candelario Cano-Gomez, the defendant in the above-captioned case, is currently
2   set for September 27, 2010m at 9:00 a.m.  However, undersigned counsel now anticipates that he
3   will still be in trial on another matter as of that date.   Due to this and other matters affecting the
4   availability of counsel, including intervening holidays, the parties stipulate and jointly request that
5   the sentencing date be continued to November 1, 2010, at 9:00 a.m.  U.S. Probation Office Ann
6   Searles has been consulted with regard to this request, and she advises that she does not object to it.
7   IT IS SO STIPULATED.

        MELINDA HAAG
        United States Attorney

10   DATED:    9/8/10                              _____/s/_____
        BENJAMIN TOLKOFF
11           Assistant United States Attorney

13   DATED:    9/8/10                              _____/s/_____
        DANIEL P. BLANK
14           Assistant Federal Public Defender
        Attorney for Candelario Cano-Gomez

16   IT IS SO ORDERED.
17   DATED:   9/9/2010

        MARILYN HALL PATEL
        United States

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Marilyn H. Patel]*

STIP. & PROP. ORDER                    1